No. 533. Dyer *v.* Murray, Trustee, et al. Supreme Judicial Court of Maine. Certiorari denied. Petitioner *pro se. Robinson Verrill* and *John A. Kendrick* for respondents.

No. 539. Price et al. *v.* Christian, Secretary of State of Oklahoma, et al. Supreme Court of Oklahoma. Certiorari denied. *Jas. A. Rinehart, Leon S. Hirsh* and *James C. Harkin* for petitioners. *Norman E. Reynolds, Jr.* for respondents.

No. 547. Reinsurance Agency, Inc., *v.* Liberty National Insurance Co. C. A. 9th Cir. Certiorari denied. *W. H. Langroise* for petitioner.

No. 548. Stowe-Woodward, Inc., *v.* United States. C. A. 1st Cir. Certiorari denied. *Robert Haydock, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Marselli* for the United States.

No. 549. Witte et ux. *v.* United States. C. A. 5th Cir. Certiorari denied. *Peter B. Wells* and *S. W. Plauche, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 552. Ragland et al. *v.* United States. C. A. 4th Cir. Certiorari denied. *R. R. Ryder* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.